**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

SEP 29 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50203 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00429-JAK |
| v. | |
| CHRISTIAN LAFARGO, a.k.a. Bossy, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
John A. Kronstadt, District Judge, Presiding

Submitted September 26, 2017[**]

Before:     SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Christian Lafargo appeals from the district court's judgment and challenges

the 210-month aggregate sentence imposed following his guilty-plea convictions

for racketeering influenced and corrupt organizations conspiracy, in violation of 18

U.S.C. § 1962(d); violent crime in aid of racketeering, in violation of 18 U.S.C.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1959(a)(5); and discharging a firearm in furtherance of, and during and in relation to, a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lafargo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lafargo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lafargo waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

16-50203